UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS, Plaintiff | |
| VS. | C.A. NO. 04-373L |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in His Capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in His Capacity as Executive Director Administration; THOMAS DWYER, Individually and in His Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and in His Capacity as Chief Legal Services Suzan Morris, Individually and in Her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and In Her Capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and In Her Capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in Her Capacity as a DCYF Investigator, Defendant | |

**ENTRY OF APPEARANCE**

NOW COMES the undersigned, ERICKA L. HUGHES, Esq., Bar Number 6610, and hereby enters her appearance on behalf of the Plaintiff, RICARDO HOPKINS.

T/hughesEntryofAppearance
6/062205/1

ERICKA L. HUGHES
#6610
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Entry of Appearance to **RICHARD B. WOOLLEY, Esq.**, 150 South Main Street, Providence, RI 02903, on this 22nd day of June 2005.

T/hughesEntryofAppearance
6/062205/1