RECEIVED
JUN 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS,
Plaintiff

VS. : C.A. NO. 04-373L

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in His Capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in His Capacity as Executive Director Administration; THOMAS DWYER, Individually and in His Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and In His Capacity as Chief Legal Services Suzan Morris, Individually and in Her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in Her Capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and In Her Capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in Her Capacity as a DCYF Investigator,
Defendant

**STIPULATION**

The parties hereby stipulate that Plaintiffs shall have until Tuesday, June 27, 2005 to answer or otherwise respond to Request for Production of Documents and Interrogatories Propounded by Defendants.

joa/clients/rickyhopkins.stipulation
9/052605/1

Plaintiffs,
By Their Attorney,

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: June 22, 2005

Defendants,
By Their Attorney,

Richard B. Woolley, # 1452
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903
(401)274-4400, ext. 2293

Dated: June ___, 2005