UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

OCT 05 2005

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS, Plaintiffs, | |
| v. | C.A. NO. 04-3731 |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator, Defendants. | |

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of Plaintiff's in

N:/clients/Hopkins.Ricky/EOA
JRD/053105/1

the above-captioned matter.

Plaintiffs,
By Their Attorney,

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: September 29, 2005

CERTIFICATION

I, the undersigned, hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid, on the 3rd day of ~~September~~ October, 2005, to:

Richard B. Woolley, Esq.
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903