UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS,

Plaintiff

VS. : C.A. NO. 04-373L

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in His Capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in His Capacity as Executive Director Administration; THOMAS DWYER, Individually and in His Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and in His Capacity as Chief Legal Services Suzan Morris, Individually and in Her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and In Her Capacity as Legal Counsel to DCYF;ELLEN BALASCO, Individually and In Her Capacity as Legal Counsel to CASA;KAREN DEGENOVA, Individually and in Her Capacity as a DCYF Investigator,

Defendant

## WITHDRAWAL OF APPEARANCE

NOW COMES the undersigned, Maureen Gemma, Esq., and hereby withdraws his appearance on behalf RICARDO HOPKINS.

Maureen Gemma, Esq.

t/gemmawtihdrawal-hopkins
6/062205/1

CERTIFICATION

I hereby certify that I mailed a true copy of the within Withdrawal of Appearance to Richard B. Woolley, Esq., Esquire, 150 South Main Street, Providence, RI 02903 on this 3rd day of October, 2005.