UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS ) | |
| V. ) | C.A. NO. 04-373L |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator ) | |

JOINT MOTION REQUESTING CONTINUANCE

Now come counsel for all parties named in the above-captioned action and hereby request this Honorable Court grant them a continuance, as follows:

1. The issues to be addressed in the within matter require the production, review and investigation of voluminous documents by both sides;

2. The number of parties involved require the scheduling of numerous additional depositions;

mdg/Hopkinsjtmotcont
8/05040505/1

WHEREFORE, counsel for all parties requests this Honorable Court grant them a three month extension to complete discovery and any other relief this Court deems meet and just.

Plaintiffs,
By Their Attorney,

Ericka L. Hughes, Esq.
Joseph R. Daigle, Esq.
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920

Defendants,
By Their Attorney,

Richard B. Woolley, Esq.
~~Special~~ Assistant to the
A.G.-Civil Division
150 South Main Street
Providence, RI 02903

Dated: November 23, 2005

Prepared By:

Ericka L. Hughes, Esq. #6610
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

<u>CERTIFICATION</u>

I, the undersigned, hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid, on the 23 day of November, 2005, to:

Richard B. Woolley, Esq.
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903