FILED
NOV 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS )

V. )

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator )

C.A. NO. 04-373L

JOINT MOTION REQUESTING CONTINUANCE

Now come counsel for all parties named in the above-captioned action and hereby request this Honorable Court grant them a continuance, as follows:

1. The issues to be addressed in the within matter require the production, review and investigation of voluminous documents by both sides;

2. The number of parties involved require the scheduling of numerous additional depositions;

Granted: Ronald R. Lagueux
Sr. USDJ 11/28/05

mdg/Hopkinsjtmotcont
8/05040505/1