**SENIOR DISTRICT JUDGE RONALD R. LAGUEUX**
**U.S. DISTRICT COURT for the District of Rhode Island**
**MARCH 7 2006 Calendar Call**

# CIVIL CASES

04-373 Richardo Hopkins v. State of RI

# NOTICE

You are hereby notified that the above-captioned cases are on the jury trial calendar commencing on **MARCH 7, 2006**, to be tried in the order listed. **All outstanding pretrial orders must be fully complied with** and the parties must be prepared to go forward on **24 hour notice.** Should the case before you for any reason settle or not be tried, the following case will be called. The court **may or may not adhere** to the above order of cases. It is **COUNSEL'S RESPONSIBILITY** to keep abreast of the calendar.

Ronald R. Lagueux
**Ronald R. Lagueux**
**Senior U.S. District Judge**
**DATED:** 1/31/06

The calendar will be called on **MARCH 7, 2006 at 2:00 P.M.** Juries will be empaneled on, **MARCH 8, 2006 at 9:30 A.M.** All outstanding motions will be heard immediately following **Calendar Call** -or **immediately before trial**, unless otherwise scheduled. **Please notify Clerk's Office if any counsel of record have not been notified.**