UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS

V. C.A. NO. 04-373L

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator

JOINT MOTION REQUESTING CONTINUANCE

**REQUEST FOR ORAL ARGUMENT**

Now come counsel for all parties named in the above-captioned action and hereby request this Honorable Court grant them a continuance, as follows:

elh/Hopkins/jtmotcont.1-31
8/013106/2

1. The issues to be addressed in the within matter require the production, review and investigation of voluminous documents by both sides;

2. The number of parties involved require the scheduling of numerous additional depositions; and

3. Defendants' counsel believes that a summary judgment motion prior to trial may significantly narrow the issues to be presented to the jury.

***WHEREFORE***, the Parties request this Honorable Court grant them a two-month extension on all pretrial deadlines.

**REQUEST FOR HEARING**

The Parties request oral argument on this Motion and anticipate that it will last no more than ten minutes.

Plaintiffs,
By Their Attorney,

Joseph R. Daigle

Ericka L. Hughes, #5429
Joseph R. Daigle, #6610
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Phone: 942-4300
Fax: 946-0970

Defendants,
By Their Attorney,

Richard B. Woolley (JRD)

Richard B. Woolley, #1452
Assistant to the
A.G.-Civil Division
150 South Main Street
Providence, RI 02903
Phone: 274-4400
Fax: 222-2995