UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS, Plaintiff | |
| VS. | C.A. NO. 04-373L |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in His Capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in His Capacity as Executive Director Administration; THOMAS DWYER, Individually and in His Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and in His Capacity as Chief Legal Services Suzan Morris, Individually and in Her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and In Her Capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and In Her Capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in Her Capacity as a DCYF Investigator, Defendant | |

**WITHDRAWAL OF APPEARANCE**

NOW COMES the undersigned, Attorney Ericka L. Hughes, Bar Number 6610, and subject to the approval of this honorable Court, withdraws her individual appearance on behalf of the Plaintiff, Ricardo Hopkins.

N:/Clients/Hopkins, R./Withdraw.Hughes.0306
8/030606/1

Ericka L. Hughes (#6610)

Joseph R. Daigle (#5429)
Attorney for the Plaintiffs
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

Approved:

Entered:

______________________
Judge

______________________
Clerk

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Withdrawal to the following on this 6th day of March
150 South Main Street
Providence, RI 02903

RICARDO HOPKINS
Plaintiff
51 Central Pike
Foster, Rhode Island 02825

______________________

N:/Clients/Hopkins, R./Withdraw.Hughes.0306
8/030606/1