UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS, Plaintiffs, | |
| V. | C.A. NO. 04-3731 |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator, Defendants. | |

**SECOND RE-NOTICE TO TAKE DEPOSITION**

**WITNESS:** Jay G. Lindgren, Jr., Individually and in his Capacity as Director of Department of Children, Youth and Families
**DATE:** Thursday, May 18, 2006
**TIME:** 3:00 P.M.

PLEASE TAKE NOTICE the Plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination. This deposition will

be taken at the time set forth above before a Notary Public of the State of Rhode Island and continue from day to day until completed, at the Law office of GELFUSO & LACHUT, 1193 Reservoir Avenue, Cranston, Rhode Island, at which time and place you are hereby notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By his attorney,

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, Rhode Island 02920
Tel.(401) 942-4300
Fax (401) 946-0970

**CERTIFICATION**

I, the undersigned, hereby certify that on the 15th day of May 2006 a true and accurate copy of the within Re-Notice to Take Deposition was mailed to the following by placing same in the U.S. Mail, postage pre-paid:

Richard B. Woolley, Esquire
Department of Attorney General
150 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phoenix Avenue
Cranston, RI 02920