UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS And ERICA HOPKINS

V. C.A. NO.: 04-373L

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in his Capacity As Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his Capacity as Executive Director Administration; THOMAS DWYER, Individually and In his Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually and in her Capacity as Senior Legal Counsel; PARTRICIA PETRELLA, Individually and in her Capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator

FILED
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO EXTEND**

Now comes counsel for Defendants and hereby requests this Court to extend the time within which he is to file a dispositive motion in this action from Tuesday, June 20, 2006 an additional three days to, and including, Friday June 23, 2006 on the grounds that in spite of counsel's best efforts to complete the Motion for Summary Judgment and related documents by end of business June 20, 2006, he will need the additional three days to properly complete and file the Summary Judgment Motion.

Counsel has been advised that Plaintiff's Counsel does not object to this Motion as long as deadlines that apply to him are also extended 3 days.

Granted: Ronald R. Lagueux
Sr. USDJ 6/20/06