UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS, Plaintiffs, | |
| V. | C.A. NO. 04-373L |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator, Defendants. | |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME**

Now comes Ricardo Hopkins, Individual and as Parent and Next Kin of Dionne Nalls and Erica Hopkins and moves this Honorable Court to enter an Order extending by one week the time for Plaintiff to file his Opposition and opposing Affidavits to

Defendants' Motion for Summary Judgment. Further, Plaintiffs pray that the Court extend the time for the Parties to file their Pretrial Memoranda until ten (10) days after the Court has ruled on the Summary Judgment Motions.

FACTS

Plaintiffs' counsel was served with Defendants' Motion for Summary Judgment on Friday, June 23, 2006. Plaintiffs' Opposition and opposing Affidavits to this Motion are due on July 5, 2006.

In addition to drafting the Opposition Memorandum in this matter, Plaintiffs' counsel is currently drafting Oppositions to Motions for Summary Judgment in the following matters:

| | |
|---|---|
| MASTRO ELECTRIC SUPPLY CO.,<br>Plaintiff<br>VS.<br>PETER H. RENZI, JR., alias<br>John Doe and SUN VALLEY<br>ELECTRIC CO., Defendant | PROVIDENCE COUNTY<br>SUPERIOR COURT<br>CA. NO. 04-5675 |
| SHARP ELECTRONICS CORP.,<br>Plaintiff<br>vs.<br>DAVE MANZOTTI, KATHLEEN<br>MANZOTTI, COPYRITE, INC.<br>Defendant | PROVIDENCE COUNTY<br>SUPERIOR COURT<br>C.A. NO.: PC. 03-5214 |

Pursuant to the time standards set forth in the standing order of Judge Susan McGuirl of the Providence County Superior Court, oppositions to both of these Summary Judgment Motions must be

filed with the Court by no later that June 27, 2006. (Fourteen days before the July 11, 2006 hearing.)

In addition, Plaintiffs' counsel is scheduled to start a three-day jury trial in the Providence County Superior Court on June 28, 2006 (date certain) in the following case:

| | |
|---|---|
| TRENT THEROUX | PROVIDENCE COUNTY |
| VS. | SUPERIOR COURT |
| JOHN F. WALLACE | C.A. NO. PC04-0154 |

Due to the July 4 holiday, the offices of Plaintiffs' counsel, Gelfuso & Lachut, Inc. are scheduled to be closed for business on July 3 and July 4, 2006.

Defendants' Attorney assented to the Extension of Time requested herein.

***WHEREFORE***, Plaintiff prays that this Court enter an order extending by seven (7) days, up to and including July 12, 2006, the time for Plaintiff to file his Opposition to the Motion for Summary Judgment, and granting the Parties until ten (10) days after the Court has ruled on the Motion to file the Pretrial Memoranda.

Plaintiffs,
By Their Attorney,

Joseph R. Daigle

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: 6-27-06, 2006

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid, and facsimile on the 27th day of June, 2006, to:

Richard B. Woolley, Esq.
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903

Lynn A. Kelley