UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS, Plaintiffs, | |
| V. | C.A. NO. 04-373L |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator, Defendants. | |

**PLAINTIFFS' SECOND ASSENTED TO MOTION TO EXTEND TIME**

Now comes Ricardo Hopkins, Individual and as Parent and Next Kin of Dionne Nalls and Erica Hopkins and moves this Honorable Court to enter an Order extending until July 14, 2006 the time for Plaintiffs to file their Opposition and opposing

Affidavits to Defendants' Motion for Summary Judgment. (Plaintiff's First Motion to Extend requested that the Deadline be extended to July 12, 2006. As of this date, the Court has not ruled on this motion.)

As grounds for this Motion, Plaintiffs state that Defendants' Memorandum is voluminous (thirty-five pages), relies on fifty-five exhibits and a twenty-one page Statement of Undisputed Facts. Plaintiffs request the additional time in order to be able to fully brief the issues presented therein. Defendants' Memorandum addresses complex issues of, *inter alia*, governmental immunity, collateral estoppel and *res judicata*.

Defendants' Attorney assented to the Extension of Time requested herein.

***WHEREFORE***, Plaintiff prays that this Court enter an order extending the time for Plaintiff to file his Opposition to the Motion for Summary Judgment up to and including July 14, 2006.

Plaintiffs,

By Their Attorney,

Joseph R. Daigle

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: July 11, 2006

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid, and facsimile on the 11th day of July, 2006, to:

Richard B. Woolley, Esq.
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903

Joseph R. Dangel