UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS,
Plaintiffs,

V.

C.A. NO. 04-373L

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator,
Defendants.

**PLAINTIFFS' MOTION TO FILE OUT OF TIME**

Plaintiffs hereby move this Honorable Court to enter an Order allowing them to file out of time their Opposition to Defendants' Motion for Summary Judgment and supporting documents. As grounds, Plaintiffs state that the Court has

extended until July 14, 2006 the time for Plaintiffs to file their Opposition. However, Plaintiffs counsel was unable to reach the United States District Court Clerk's Office on July 14, 2006 before it closed for the day. Plaintiffs have therefore served and filed their Oppositions by regular mail.

***WHEREFORE***, Plaintiffs pray that this Court enter an order allowing them up to and including Monday July 17, 2006 to file their Oppositions to Defendants' Motion for Summary Judgment.

Plaintiffs,

By Their Attorney,

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

CERTIFICATE OF GOOD FAITH

Plaintiffs' counsel states that he attempted to obtain Defendants' counsels assent to this motion prior to filing but was unable to contact him.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid on the 14 day of July, 2006, to:

Richard B. Woolley, Esq.
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903

Joseph R. Daigle