**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS And ERICA HOPKINS

C.A. NO. 04-373ML

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in his Capacity As Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his Capacity as Executive Director Administration; THOMAS DWYER, Individually and In his Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually and in her Capacity as Senior Legal Counsel; PARTRICIA PETRELLA, Individually and in her Capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator,

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes counsel for Defendants and hereby moves this Court to extend the time within which he is to file a response to Plaintiffs Opposition to Defendants' Motion for Summary Judgment and Statement of Undisputed Facts an additional 10 days to and including August 4, 2006. The grounds for the Motion are that Defendants' counsel was involved in a jury trial in Washington County Superior Court for three days the week of July 17, 2006 and as a result of that and other work responsibility the additional time is needed.

34

Counsel for Plaintiffs assents to this Motion.

Respectfully Submitted,

Defendants,
By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley
Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I sent via facsimile and first class mail, postage pre-paid, a true copy of the within Defendants' Assented to Motion to Extend Time to Respond to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on this 24th day of July, 2006 to those indicated below:

Linda J. Caldarone

Joseph R. Daigle, Esq.
Gelfuso & Lachut Inc.
1193 Reservoir Avenue
Cranston, RI 02920