U.S. Department of Health & Human Services
Administration for Children & Families
Home | Services | Working with ACF | Policy/Planning | About ACF | ACF News
CHILDREN'S BUREAU Safety · Permanency · Well-being
Enter Search Term Here Search Advanced Search



## Rhode Island

Context Data | Outcomes Data | State Comment | Federal Comment

## Rhode Island [ Context Data ]

### A. Key Context Statistics

| General Population | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| **Total children under 18 years** | **237,917** | **241,180** | **247,822** | **243,064** |
| **Race/ethnicity (%)**[1] | | | | |
| Alaska Native/American Indian | 0.6 | 0.6 | 0.6 | 0.6 |
| Asian | N/A | N/A | N/A | 2.8 |
| Asian/Pacific Islander | 3.2 | 3.2 | 2.7 | N/A |
| Black | 5.5 | 5.5 | 5.5 | 6.4 |
| Native Hawaiian/Other Pacific Islander | N/A | N/A | N/A | 0.1 |
| Hispanic | 10.3 | 10.9 | 14.1 | 14.4 |
| White | 80.5 | 79.8 | 72.7 | 73.2 |
| Two or more races | N/A | N/A | 3.3 | 2.4 |
| Other | N/A | N/A | 1.2 | N/A |
| **% Child population in poverty** | **22.8** | **14.3** | **15.8** | **11.0** |
| **% Child population living in metropolitan areas** | **93.1** | **92.2** | **94.3** | **90.4** |

| Child Welfare | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Child maltreatment victims | 3,448 | 3,485 | 3,361 | 3,319 |
| Children in foster care on 9/30 | 2,844 | 2,621 | 2,302 | 2,414 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Children adopted | 222 | 292 | 260 | 267 |

[1] The 2000 Census of the United States includes two new race catagories: (1) Persons of two or more races and (2) Other. Back

## B. Child Maltreatment Data (NCANDS)

| | Number | | | | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| **Maltreatment Information Overview** | **1998** | **1999** | **2000** | **2001** | **1998** | **1999** | **2000** | **2001** |
| Children subject of an investigated report alleging child maltreatment | 9,863 | 9,424 | 11,531 | 11,369 | 41.5 per 1,000 | 39.1 per 1,000 | 46.5 per 1,000 | 45.7 per 1,000 |
| Child maltreatment victims[2] | 3,448 | 3,485 | 3,361 | 3,319 | 14.5 per 1,000 | 14.4 per 1,000 | 13.6 per 1,000 | 13.3 per 1,000 |
| Child fatalities | 2 | 4 | 3 | 5 | 0.8 per 100,000 | 1.7 per 100,000 | 1.2 per 100,000 | 2.0 per 100,000 |

| **Age of Child Victims (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| Under 1 year | 6.8 | 6.8 | 9.8 | 10.6 |
| 1-5 years | 29.1 | 29.0 | 30.0 | 28.8 |
| 6-10 years | 31.5 | 32.0 | 30.5 | 31.1 |
| 11-15 years | 23.5 | 23.0 | 23.9 | 24.1 |
| 16+ years | 8.0 | 8.4 | 4.8 | 5.3 |
| Unknown | 1.0 | 0.8 | 1.0 | 0.1 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **3,448** | **3,485** | **3,361** | **3,319** |

| **Race/Ethnicity of Child Victims (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| Alaska Native/American Indian | 1.5 | 1.0 | 1.2 | 1.2 |
| Asian/Pacific Islander | 2.3 | 2.1 | 1.8 | 2.2 |
| Black | 17.1 | 16.3 | 13.2 | 0.6 |
| Hispanic | 16.8 | 17.3 | 18.2 | 19.3 |
| White | 72.8 | 72.6 | 61.3 | 59.1 |
| Two or more races | - | - | 1.0 | 2.7 |
| Other/Unknown | 6.3 | 8.0 | 2.4 | 2.2 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Total %[3] | 116.8 | 117.3 | 100.0 | 100.0 |
| **Number** | **3,448** | **3,485** | **3,361** | **3,319** |

| Maltreatment Type of Child Victims (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Emotional abuse | 0.7 | 0.6 | 0.2 | 0.2 |
| Medical neglect | 2.5 | 2.2 | 2.3 | 2.0 |
| Neglect | 84.7 | 84.6 | 73.9 | 75.8 |
| Physical abuse | 28.9 | 26.6 | 19.8 | 19.7 |
| Sexual abuse | 8.9 | 8.9 | 7.4 | 5.9 |
| Other | 3.4 | 3.8 | 6.1 | 5.2 |
| Unknown | - | - | - | - |
| Total %[4] | 129.1 | 126.7 | 109.8 | 108.7 |
| **Number** | **3,448** | **3,485** | **3,361** | **3,319** |

[2] Children with more than one report of substantiated or indicated maltreatment may be counted more than once. Back

[3] Percentages may total more than 100 percent because Hispanics may be counted both by Hispanic ethnicity and by race. Back

[4] Percentages may total more than 100 percent because children could have been victims of more than one type of maltreatment. Back

## C. Children in Foster Care (AFCARS Annual Foster Care Database)

| Number of Children | In Care on 10/1 | Entered Care | Exited Care | In Care on 9/30 | Total Served |
|---|---|---|---|---|---|
| FY1998 (10/1/97-9/30/98) | 1,907 | 1,623 | 915 | 2,844 | 3,530 |
| FY1999 (10/1/98-9/30/99) | 2,102 | 1,403 | 1,018 | 2,621 | 3,505 |
| FY2000 (10/1/99-9/30/00) | 2,181 | 1,409 | 1,348 | 2,302 | 3,590 |
| FY2001 (10/1/00-9/30/01) | 2,122 | 1,493 | 1,227 | 2,414 | 3,615 |
| **Median Length of Stay (Months)** | | | | | |
| FY1998 (10/1/97-9/30/98) | 15.6 | N/A | 7.4 | 14.2 | N/A |
| FY1999 (10/1/98-9/30/99) | 15.5 | N/A | 11.1 | 15.3 | N/A |
| FY2000 (10/1/99-9/30/00) | 16.6 | N/A | 11.7 | 15.1 | N/A |
| FY2001 (10/1/00- | 16.1 | N/A | 10.1 | 15.5 | N/A |

9/30/01)

| Age of Children in Foster Care (%) | In Care on 10/1/97 | In Care on 10/1/98 | In Care on 10/1/99 | In Care on 10/1/00 | Entered Care During FY 1998 | Entered Care During FY 1999 | Entered Care During FY 2000 | Entered Care During FY 2001 | Ex C Du 1 |
|---|---|---|---|---|---|---|---|---|---|
| Under 1 year | 5.0 | 5.4 | 4.8 | 4.9 | 11.7 | 14.0 | 12.7 | 12.3 | |
| 1-5 years | 23.2 | 22.5 | 20.4 | 17.3 | 18.8 | 19.1 | 16.0 | 17.7 | |
| 6-10 years | 21.8 | 20.6 | 19.2 | 18.7 | 17.3 | 15.1 | 15.6 | 13.3 | |
| 11-15 years | 25.8 | 29.7 | 30.4 | 33.3 | 33.1 | 33.2 | 38.4 | 38.1 | |
| 16-18 years | 20.0 | 18.6 | 21.8 | 21.7 | 18.4 | 17.7 | 17.2 | 18.2 | |
| 19+ years | 3.7 | 3.0 | 3.5 | 4.1 | 0.4 | 0.6 | 0.1 | 0.3 | |
| Unknown | 0.5 | 0.0 | - | 0.0 | 0.2 | 0.1 | - | - | |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 1 |
| **Number** | **1,907** | **2,102** | **2,181** | **2,122** | **1,623** | **1,403** | **1,409** | **1,493** | |

| Race/Ethnicity of Children in Foster Care (%)[5] | In Care on 10/1/97 | In Care on 10/1/98 | In Care on 10/1/99 | In Care on 10/1/00 | Entered Care During FY 1998 | Entered Care During FY 1999 | Entered Care During FY 2000 | Ente Cai Duri FY 20( |
|---|---|---|---|---|---|---|---|---|
| Alaska Native/American Indian | 2.1 | 1.6 | 1.2 | 1.2 | 1.5 | 2.2 | 1.2 | |
| Asian | - | - | 2.0 | 1.4 | - | - | 1.2 | |
| Asian/Pacific Islander | 0.8 | 1.3 | - | - | 1.7 | 2.4 | - | |
| Black | 25.5 | 23.4 | 22.6 | 21.4 | 17.9 | 18.1 | 16.3 | 1 |
| Hawaiian Native/Other Pacific Islander | - | - | 0.0 | 0.0 | - | - | 0.1 | |
| Hispanic | 13.1 | 15.5 | 13.4 | 14.8 | 16.0 | 15.0 | 20.2 | 1 |
| White | 54.3 | 54.3 | 58.0 | 58.3 | 59.3 | 59.4 | 58.0 | 5 |
| Two or more races | - | - | 0.0 | 1.0 | - | - | 0.9 | |
| Unknown | 4.3 | 3.9 | 2.7 | 1.8 | 3.7 | 2.8 | 2.1 | |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 10 |

| Number | 1,907 | 2,102 | 2,181 | 2,122 | 1,623 | 1,403 | 1,409 | 1,[illegible] |
|---|---|---|---|---|---|---|---|---|

[5] In this and subsequent race/ethnicity tables, data for two or more races may be provided for 1998 and 1999 because of States' resubmissions. However, data for 1998 and 1999 may not capture all children of two or more races and therefore may not be comparable to the 2000 data pertaining to two or more races. Back

## D. Children Waiting to Be Adopted (AFCARS Annual Foster Care Database)[6]

| Overview | 9/30/98 | 9/30/99 | 9/30/00 | 9/30/01 |
|---|---|---|---|---|
| Children waiting to be adopted | 322 | 339 | 399 | 409 |
| Children whose parents' rights have been terminated (TPR) | 100 | 87 | 238 | 253 |

| Age of Waiting Children (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Under 1 year | 1.2 | 1.5 | 0.8 | 1.2 |
| 1-5 years | 40.4 | 34.8 | 28.3 | 31.1 |
| 6-10 years | 41.3 | 36.6 | 32.8 | 28.9 |
| 11-15 years | 15.2 | 25.1 | 33.8 | 33.3 |
| 16+ years | 1.6 | 2.1 | 3.0 | 4.7 |
| Unknown | 0.3 | - | 1.3 | 1.0 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **322** | **339** | **399** | **409** |

| Race/Ethnicity of Waiting Children (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Alaska Native/American Indian | 2.2 | 0.9 | 1.3 | 0.7 |
| Asian | - | - | 1.3 | 0.7 |
| Asian/Pacific Islander | 0.3 | 1.2 | - | - |
| Black | 27.0 | 32.2 | 27.6 | 30.3 |
| Hawaiian Native/Other Pacific Islander | - | - | 0.3 | 0.2 |
| Hispanic | 14.9 | 13.3 | 19.3 | 15.6 |
| White | 50.6 | 45.1 | 47.1 | 49.9 |
| Two or more races | - | - | - | 1.5 |
| Unknown | 5.0 | 7.4 | 3.3 | 1.0 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **322** | **339** | **399** | **409** |

[6] Waiting children are children who have a goal of adoption and/or whose parents□ rights have been terminated. Children 16 years and older with TPR, but with a goal of emancipation, have been excluded from the waiting children and TPR populations. Back

## E. Children Adopted (AFCARS Annual Foster Care Database)

| Age of Adopted Children (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Under 1 year | 1.8 | 1.4 | 2.3 | 2.6 |
| 1-5 years | 52.3 | 45.2 | 51.5 | 53.2 |
| 6-10 years | 34.2 | 37.3 | 30.4 | 29.6 |
| 11-15 years | 9.5 | 14.4 | 14.6 | 13.5 |
| 16+ years | 2.3 | 1.7 | 1.2 | 1.1 |
| Unknown | - | - | - | - |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **222** | **292** | **260** | **267** |

| Race/Ethnicity of Adopted Children (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Alaska Native/American Indian | 0.9 | 2.1 | 0.4 | 2.2 |
| Asian | - | - | 0.8 | 2.2 |
| Asian/Pacific Islander | 1.8 | 0.7 | - | - |
| Black | 29.7 | 25.7 | 25.8 | 24.3 |
| Hawaiian Native/Other Pacific Islander | - | - | - | - |
| Hispanic | 6.3 | 12.7 | 15.4 | 13.1 |
| White | 36.0 | 45.5 | 53.8 | 46.8 |
| Two or more races | - | - | 1.5 | 3.0 |
| Unknown | 25.2 | 13.4 | 2.3 | 8.2 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **222** | **292** | **260** | **267** |

Back to Top

## Rhode Island [ Outcomes Data ]

### 1. Reduce Recurrence of Child Abuse and/or Neglect (NCANDS)

| 1.1 Recurrence of Maltreatment Within 6 Months (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Children without a recurrence | 87.4 | 87.8 | 87.6 | 89.0 |
| Children with one or more recurrences | 12.6 | 12.2 | 12.4 | 11.0 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **1,751** | **1,781** | **1,634** | **1,624** |

Percent Children With One or More Recurrences




## 2. Reduce the Incidence of Child Abuse and/or Neglect in Foster Care (NCANDS, AFCARS Annual Foster Care Database Jan —Sept)

| **2.1 Maltreatment in Foster Care (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| Children maltreated while in foster care | 1.60 | 2.31 | 1.66 | 1.62 |
| Children not maltreated while in foster care | 98.40 | 97.69 | 98.34 | 98.38 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **3,400** | **3,292** | **3,177** | **3,327** |

Percent Children Maltreated While In Foster Care




## 3. Increase Permanency for Children in Foster Care (AFCARS Annual Foster Care Database)

| **3.1 Exits from Foster Care (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| Adoption | 12.8 | 20.7 | 12.6 | 13.8 |
| Guardianship | 1.9 | 1.9 | 3.1 | 2.9 |
| Reunification | 59.2 | 62.7 | 59.3 | 68.8 |
| Other | 12.1 | 8.9 | 14.5 | 13.7 |
| Missing data | 14.0 | 5.8 | 10.4 | 0.9 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **915** | **1,018** | **1,348** | **1,227** |




| 3.2 Exits of Disabled Children (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Adoption | 11.9 | 30.2 | 13.5 | 12.4 |
| Guardianship | - | 0.5 | 4.2 | 3.3 |
| Reunification | 51.2 | 39.6 | 51.4 | 64.5 |
| Other | 14.4 | 18.7 | 18.1 | 19.4 |
| Missing data | 22.5 | 11.0 | 12.7 | 0.4 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **160** | **182** | **259** | **242** |

| 3.3 Exits of Children Over Age 12 at Entry (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Adoption | - | 0.3 | 0.5 | - |
| Guardianship | 1.1 | 0.6 | 0.7 | 1.6 |
| Reunification | 53.8 | 68.3 | 58.3 | 72.4 |
| Other | 20.3 | 18.2 | 25.8 | 24.2 |
| Missing data | 24.8 | 12.5 | 14.7 | 1.8 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **359** | **319** | **563** | **561** |

| 3.4 Exits to Emancipation (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Children age 12 or younger at entry | 16.7 | 11.6 | 17.1 | 18.2 |
| Children older than 12 at entry | 80.6 | 83.7 | 81.7 | 80.5 |
| Missing data | 2.8 | 4.7 | 1.2 | 1.3 |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **36** | **43** | **82** | **77** |

| 3.5 Exits by Race/Ethnicity (%) | Alaska Native/A.I. | | | | Asian | | | | Asian/Pacific Islanc | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1998 | 1999 | 2000 | 2001 | 1998 | 1999 | 2000 | 2001 | 1998 | 1999 | 2000 | 2( |
| Adoption | 10.0 | 21.9 | 7.7 | 15.4 | - | - | - | 12.5 | 11.1 | 26.7 | - | |
| | | | | | | | | | | | | |

Case 1:04-cv-00373-L-LDA Document 40-3 Filed 08/04/2006 Page 9 of 12

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guardianship | - | 9.4 | 15.4 | - | - | - | - | - | - | - | - | |
| Reunification | 85.0 | 56.3 | 61.5 | 53.8 | - | - | 81.5 | 70.8 | 44.4 | 66.7 | - | |
| Other | - | 9.4 | 7.7 | 30.8 | - | - | 14.8 | 16.7 | 33.3 | 6.7 | - | |
| Missing data | 5.0 | 3.1 | 7.7 | - | - | - | 3.7 | - | 11.1 | - | - | |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 | - | - | 100.0 | 100.0 | 100.0 | 100.0 | - | |
| **Number** | **20** | **32** | **13** | **13** | **-** | **-** | **27** | **24** | **9** | **15** | **-** | |
| | **Hispanic** | | | | **White** | | | | **Unable to Determir** | | | |
| | **1998** | **1999** | **2000** | **2001** | **1998** | **1999** | **2000** | **2001** | **1998** | **1999** | **2000** | **2(** |
| Adoption | 7.2 | 23.9 | 11.2 | 10.1 | 9.7 | 17.6 | 11.5 | 12.2 | 20.5 | 33.3 | 14.3 | 2 |
| Guardianship | 3.2 | 0.5 | 2.4 | 2.0 | 0.7 | 1.9 | 2.6 | 3.1 | - | - | 2.9 | |
| Reunification | 73.6 | 65.2 | 61.8 | 74.2 | 59.7 | 64.2 | 59.0 | 70.4 | 56.4 | 57.1 | 65.7 | 7 |
| Other | 3.2 | 6.0 | 12.7 | 13.1 | 13.8 | 9.1 | 15.4 | 13.6 | 12.8 | 7.1 | 11.4 | |
| Missing data | 12.8 | 4.5 | 12.0 | 0.5 | 16.0 | 7.2 | 11.4 | 0.7 | 10.3 | 2.4 | 5.7 | |
| Total % | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 1( |
| **Number** | **125** | **201** | **251** | **198** | **544** | **528** | **764** | **737** | **39** | **42** | **35** | |

## 4. Reduce Time to Reunification Without Increasing Re-entry (AFCARS Annual Foster Care Database)

| **4.1 Time to Reunification (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| Less than 12 mos. | 65.9 | 64.1 | 63.3 | 68.8 |
| At least 12 mos., but less than 24 mos. | 9.0 | 17.2 | 19.8 | 17.2 |
| At least 24 mos., but less than 36 mos. | 2.0 | 4.1 | 5.6 | 4.3 |
| At least 36 mos., but less than 48 mos. | 1.8 | 1.4 | 3.0 | 2.7 |
| 48 or more mos. | 1.8 | 2.2 | 1.8 | 3.6 |
| Missing data | 19.4 | 11.0 | 6.6 | 3.4 |
| Total (%) | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **542** | **638** | **800** | **844** |

Percent Reunifications in < 12 Months or in 48 + Months of Entry




| **4.2 Children Who Entered Foster Care (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| Children entering care for the first time | 48.4 | 65.0 | 66.7 | 64.8 |
| Children re-entering care within 12 mos. of a prior episode | 18.2 | 21.6 | 20.8 | 20.9 |
| Children re-entering care more than 12 mos. after a prior episode | 8.3 | 8.7 | 11.1 | 13.2 |
| Missing data | 25.1 | 4.7 | 1.4 | 1.1 |
| Total (%) | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **1,623** | **1,403** | **1,409** | **1,493** |

Percent Re-entries Into Foster Care Within 12 Months




## 5. Reduce Time in Foster Care to Adoption (AFCARS Annual Foster Care Database)

| 5.1 Time to Adoption (%) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Less than 12 mos. | 5.1 | 9.5 | 7.6 | 12.4 |
| At least 12 mos., but less than 24 mos. | 23.1 | 20.4 | 30.0 | 31.4 |
| At least 24 mos., but less than 36 mos. | 13.7 | 26.5 | 24.1 | 24.9 |
| At least 36 mos., but less than 48 mos. | 20.5 | 12.3 | 16.5 | 13.6 |
| 48 or more mos. | 29.1 | 14.7 | 20.6 | 16.6 |
| Missing data | 8.5 | 16.6 | 1.2 | 1.2 |
| Total (%) | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **117** | **211** | **170** | **169** |

Percent Adoptions Occurring in < 24 or in 48 + Months of Entry




## 6. Increase Placement Stability (AFCARS Annual Foster Care Database)

| 6.1 Number of Placements by | Year | Children With 2 or Fewer | Children With 3 or More | Missing Data | Total % | Number |
|---|---|---|---|---|---|---|

| Time in Care (%) | | Placements | Placements | | | |
|---|---|---|---|---|---|---|
| Less than 12 mos. | 1998<br>1999<br>2000<br>2001 | 72.7<br>76.7<br>72.6<br>78.8 | 27.3<br>22.6<br>27.4<br>21.2 | 0.1<br>0.7<br>-<br>- | 100.0<br>100.0<br>100.0<br>100.0 | **1,712**<br>**1,593**<br>**1,653**<br>**1,710** |
| At least 12 mos., but <24 mos. | 1998<br>1999<br>2000<br>2001 | 47.0<br>58.1<br>55.1<br>55.1 | 47.0<br>37.9<br>44.9<br>44.9 | 5.9<br>3.9<br>-<br>- | 100.0<br>100.0<br>100.0<br>100.0 | **761**<br>**762**<br>**742**<br>**739** |
| At least 24 mos., but <36 mos. | 1998<br>1999<br>2000<br>2001 | 35.2<br>34.4<br>45.5<br>45.4 | 54.4<br>53.1<br>54.3<br>54.3 | 10.4<br>12.5<br>0.2<br>0.3 | 100.0<br>100.0<br>100.0<br>100.0 | **327**<br>**480**<br>**409**<br>**357** |
| At least 36 mos., but <48 mos. | 1998<br>1999<br>2000<br>2001 | 27.8<br>29.5<br>28.5<br>40.3 | 48.9<br>56.5<br>70.4<br>58.9 | 23.2<br>14.0<br>1.1<br>0.8 | 100.0<br>100.0<br>100.0<br>100.0 | **237**<br>**207**<br>**284**<br>**241** |
| 48 or more mos. | 1998<br>1999<br>2000<br>2001 | 31.4<br>25.3<br>26.1<br>20.8 | 54.4<br>59.3<br>73.5<br>78.3 | 14.2<br>15.5<br>0.4<br>0.9 | 100.0<br>100.0<br>100.0<br>100.0 | **478**<br>**459**<br>**494**<br>**553** |
| Missing data | 1998<br>1999<br>2000<br>2001 | 66.7<br>100.0<br>100.0<br>100.0 | 33.3<br>-<br>-<br>- | -<br>-<br>-<br>- | 100.0<br>100.0<br>100.0<br>100.0 | **15**<br>**4**<br>**8**<br>**15** |

Percent of Children Who Have Been in Care for Less Than 12 Months or More Than 48 Months Who Experience 2 or Fewer Placements




## 7. Reduce Placements of Young Children in Group Homes or Institutions (AFCARS Annual Foster Care Database)

| **7.1 Most Recent Placement Settings of Children Who Entered Care During the Fiscal Year and Were Age 12 or Younger at the Time of This Placement (%)** | **1998** | **1999** | **2000** | **2001** |
|---|---|---|---|---|
| Group homes | 19.8 | 16.6 | 15.8 | 17.5 |
| Institutions | 0.6 | 1.3 | 1.2 | 1.9 |
| Other settings | 79.6 | 82.1 | 82.9 | 80.7 |

Case 1:04-cv-00373-L-LDA Document 40-3 Filed 08/04/2006 Page 12 of 12

| | | | | |
|---|---|---|---|---|
| Missing data | - | - | - | - |
| Total (%) | 100.0 | 100.0 | 100.0 | 100.0 |
| **Number** | **470** | **469** | **726** | **756** |

Back to Top

## Rhode Island [ State Comment ]

Rhode Island's comments on State data presented in *Child Welfare Outcomes 2001: Report to Congress* are the following:

The State of Rhode Island is pleased once again to submit our comments as part of the Child Welfare Outcomes Annual Report. We are very proud of our accomplishments and are using the federal outcome measures to improve the services we provide to children, youth, and families.

Rhode Island has made significant progress in reducing the amount of missing or incomplete data.

It is important to note that the data submitted to AFCARS for our children in foster care include not only traditional child welfare youth, but also juvenile justice, children's mental health and developmentally disabled youth. We believe that this additional population impacts both average length of stay as well as the proportion of youth in group care.

RI is very aggressive in investigating child abuse reports that have been disclosed by the victim after the initial child abuse investigation has begun but which relate to incidents of child abuse and neglect prior to the initial opening. These reports impact Outcome Measure 1 as they appear to be incidents of repeat abuse because the report date occurs after the initial report is received.

RI data includes indicated allegations of corporeal punishment by foster parents which is prohibited by RI law. Institutional abuse includes the state's juvenile detention facility and private psychiatric hospitals. These factors impact Outcome Measure 2.

Back to Top

## Rhode Island [ Federal Comment ]

At the time of the preperation of this report, the Rhode Island Child and Family Service Review had not been conducted. States are not accountable for meeting national standards until the time of their review.

Back to Top

Return to Chapter IV State Data Pages

Return to Table of Contents