STATEMENT OF RICARDO JOHNSON HOPKINS

I have been asked to give a statement as to whether I ever tied up my children Erica Hopkins or Dionne Nalls or hit them while they were tied up.

On no more than two or three occasions, I have hit Dionne and Erica with a piece of dead tree branch that is no wider than a pen. I have used the threat of the switch on occasion, especially during the adjustment period when Dionne was first coming to our house. One time I can remember is when Dionne bit Erica, his sister, numerous times even after I told him to stop. I spoke to him on why he should not, he was given time out, which consisted of him standing in the corner for 5 or 10 minutes. The biting was a problem with Dionne that was mentioned to me by his mother and grandmother. After a period of time Erica began to adopt Dionne's behavior so the problem was getting worse. She had bitten Dionne on a couple of occasions. Dionne, had bitten her back. They would both claim it was retaliation because the other sibling had bitten them first. They were both talked to and given time out on different occasions. Eventually, I went outside and found a piece of branch about the size of a pencil and approximately 18 inches in length. I had both kids stand with their palm open next to each other. I hit both their hands once. I never raised the switch more than 6 inches above their palms. There was no red marks left on their hands. They both began to cry after being hit. I felt terrible that they were crying, however, I know that it wasn't the hitting of their palms that made them upset. It was the fact that their father had punished them. This was later confirmed when after waiting 60-90 seconds. I sat down on the love seat and called both of the children over. I put both kids on my lap and hugged both of them. I reassured them that they were all right and that I loved them. They were no longer crying. I informed both of them that biting is a bad thing to do. Furthermore, I told them they could get sick from biting. I asked them if they were ok. They both said yes. I asked them if they were going to bite each other again. They both said no. I told them that is why Erica is No. 1 and Dionne is the best. They both smiled. I gave them both kisses and told them it is alright for them to go play.

After that time of disciplining them for biting it never happened again. As far as them getting tied up. I used a scarf to tie their legs so it would appear as though they had three legs. In my mind this was another important part of us growing together as a family. I say this because Dionne is supposed to be with me 3 ½ days out of the week, but typically he is with me more than 3 ½ days. Since he has been coming to my house I have been trying to bring my mother, Stefanie, Erica and myself together as a family. My mother had reservations that Dionne was my son. I paid to have a DNA test done in order for her to finally accept him. Dionne and Erica are 5 months apart in age. Stefanie has been very good to Dionne . In fact when he returned to his grandmother's house this past weekend on 2/11/01, after staying at our house for 2 ½ weeks, Stefanie commented on how she has been missing Dionne and how the house seemed empty without him. Erica was the only child in the house other than when I was able to pick up Dionne. This was infrequent because his mother, Mary Nalls, would not allow me to see him or pick him up. However, after the Family Court ordered consent order and Dionne began to vist, it took time for Erica and Dionne to bond.

I believe it was in that time period when I may have used the switch on a couple of other occasions to discipline one child or the other. However, since last year when Mary Nalls has been becoming less a part of Dionne's life he has adjusted well.

We are a close knit, loving family. We do many things in and out of the house.

One occasion that I can remember that I used a scarf to tie Dionne's hands together. This was done in a playful manner. I told him you are under arrest sir. I picked him up and put him on the couch. I pretended to sit on him never putting my weight onto his body. I did not ever tie his hands tightly. I simply wrapped his hands up and tucked the remaining loose end inside the scarf that was wrapped around his hands. This was easy to do since it was so loose. Dionne got up and ran to his grandmother laughing. Of course what one child sees another child wants to do. I did the same thing to Erica. By the time I was done with Erica, Dionne said you can't get me again. He commented that he had gotten loose. Erica ran to her grandmother to show her and showed her mother. I wrapped the scarves up one more time on each of the children. As fast as I had the scarf wrapped up the kids hands were free. They asked to do it again but I attempted to redirect them into doing something else. They were both laughing and said let's get Daddy. I then went around the house at a walk /quick walk saying out loud "oh

no", someone help me, the monsters or something to that effect are after me. This is the type of typical day that the kids and I have. Dionne is rough when he plays and Erica is a tomboy.

I, Ricardo Johnson Hopkins of 51 Central Pike, Foster, Rhode Island, having been duly sworn, do hereby make oath and say that the above entitled statement is true.

Subscribed and sworn to before me on February 16, 2001.

Notary Public
ALAN P. GELFUSO

Dated: FEB 16, 2001