**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as
Parent and Next of Kin to DIONNE NALLS
And ERICA HOPKINS

C.A. NO. 04-373ML

THE STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS; DEPARTMENT
OF CHILDREN, YOUTH & FAMILY, JAY G.
LINDGREN, JR., Individually and in his Capacity
As Director of DCYF; THOMAS M. BOHAN, ESQ.,
Individually and in his Capacity as Executive Director
Administration; THOMAS DWYER, Individually and
In his Capacity as Associate Director Child Welfare
Services; KEVIN AUCOIN, Individually and in his
Capacity as Chief Legal Services, SUZAN MORRIS,
Individually and in her Capacity as Senior Legal Counsel;
PARTRICIA PETRELLA, Individually and in her
Capacity as Legal Counsel to DCYF; ELLEN BALASCO,
Individually and in her capacity as Legal Counsel to
CASA; KAREN DEGENOVA, Individually and in her
Capacity as a DCYF Investigator,

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes counsel for Defendants and hereby moves this Court to extend the time within which he is to file a response to Plaintiffs Opposition to Defendants' Motion for Summary Judgment and Statement of Undisputed Facts an additional 10 days to and including August 4, 2006. The grounds for the Motion are that Defendants' counsel was involved in a jury trial in Washington County Superior Court for three days the week of July 17, 2006 and as a result of that and other work responsibility the additional time is needed.

Granted: Ronald R. Lagueux
Sr. USDJ 8/3/06