UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS,
Plaintiffs,

V. C.A. NO. 04-373L

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator,
Defendants.

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME**

Now comes Ricardo Hopkins, Individual and as Parent and Next of Kin of Dionne Nalls and Erica Hopkins and moves this Honorable Court to enter an Order extending until August 21, 2006 the time for Plaintiffs to file their Opposition to

Defendant's Motion to Strike the Affidavit of Ricardo Hopkins and to Respond to Defendants' Opposition to Plaintiff's Statement of Undisputed Facts.

As grounds for this Motion, Plaintiffs' counsel states that Plaintiff's Motion to Strike was delivered to his office on August 7, 2006. The Opposition to Defendant's Motion is due on August 14, 2006. Plaintiff's counsel further states that, because he was out of the office on August 7th and 8th, he did not have a chance to review the Motion until August 9th. Further, Plaintiffs' counsel is currently preparing to depose an out-of-state defendant scheduled for August 14, 2006 in a case that will be tried in the Providence County Superior Court on September 5, 2006. (The case is Haffenreffer v. Haffenreffer, C.A. No.: 05-204.) Due to the proximity of the trial and Defendant's travel arrangements, the all-day deposition cannot be rescheduled.

Defendants' Attorney assented to the Extension of Time requested herein.

***WHEREFORE***, Plaintiff prays that this Court enter an order extending the time for Plaintiffs to file their Opposition to the Motion to Strike and to Respond to Defendants' Opposition to

Plaintiff's Statement of Undisputed Facts to August 21, 2006.

Plaintiffs,

By Their Attorney,

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: 8/11, 2006

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent via U.S. mail, postage prepaid, and facsimile on the 11 day of August, 2006, to:

Richard B. Woolley, Esq.
Special Assistant to the Attorney General
Civil Division
150 South Main Street
Providence, RI 02903