FILED AUG 2 9 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS,
Plaintiffs,

V.

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH, & FAMILY, JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Associate Director Child Welfare Services, KEVIN AUCOIN, Individually and in his Capacity as Chief Legal Services, SUZAN MORRIS, Individually, and in her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her Capacity as a DCYF Investigator,
Defendants.

C.A. NO. 04-373L

**PLAINTIFFS' MOTION TO FILE OUT OF TIME**

Plaintiffs hereby move this Honorable Court to enter an Order allowing them to file out of time their Opposition to Defendants' Motion to Strike the Affidavit of Ricardo Hopkins. As grounds, Plaintiffs state that the Court has extended until

August 21, 2006 the time for Plaintiffs to file their Opposition. Due to a heavy litigation schedule, Plaintiffs' counsel was unable to file the Opposition on the day in question. Plaintiffs ask that the Court grant a one day extension on the time to file the Opposition.

***WHEREFORE***, Plaintiffs pray that this Court enter an order allowing them up to and including August 22, 2006 to file their Oppositions to Defendants' Motion to Strike the Affidavit of Ricardo Hopkins.

Plaintiffs,

By Their Attorney,

Joseph R. Daigle

Joseph R. Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

CERTIFICATE OF GOOD FAITH

Plaintiffs' counsel states that he attempted to obtain Defendants' counsels assent to this motion prior to filing but was unable to contact him.

Granted: Ronald R. Lagueux
Sr. USDJ 9/11/06