UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS,<br>Plaintiff, | : | |
| VS. | : | C.A. NO. 04-373L |
| THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY, JAY G. LINDGREN, JR., Individually and in His Capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in His Capacity as Executive Director Administration; THOMAS DWYER, Individually and in His Capacity as Associate Director Child Welfare Services; KEVIN AUCOIN, Individually and In His Capacity as Chief Legal Services; Suzan Morris, Individually and in Her Capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in Her Capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and In Her Capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in Her Capacity as a DCYF Investigator,<br>Defendant. | : | |

JOINT MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL MEMORANDA

Now come counsel for all parties named in the above-captioned action and hereby request this Honorable Court grant them an extension of time to file supplemental memoranda in support of or opposing Defendants' Motion for Summary Judgment. As grounds, the Party states:

Clients/Hopkins/jtmot.to.extend
JRD/103006/2

1. Defendants' Motion for Summary Judgment was called to be heard on September 28, 2006. At the hearing on this motion, the Court expressed an interest in receiving supplemental briefs from the parties regarding certain relevant legal issues. The Court granted the parties thirty days, until October 30, 2006, to submit supplemental briefs;
2. Shortly before the September 28, 2006 hearing, Defendant's Attorney, Richard Woolley sustained an injury to his right arm which required him to undergo surgery on October 5, 2006;
3. As a result of this surgery, Attorney Woolley was unable to work full-time until October 23, 2006 and upon returning to work, participated in a three-day trial; and
4. The long absence necessitated by Attorney Woolley's injury will make it very difficult for him to comply with the Court's October 30, 2006 deadline.

***WHEREFORE***, the Parties request this Honorable Court grant them a ten-day extension, up to and including November 9, 2006,

Granted: Ronald R. Lagueux
Sr. USDJ 10/31/06