February 12, 2001?

A. Right.

Q. So, if it's coded as a routine time assignment, you would have done it within 24 hours?

A. It would be assigned within 24 hours, but off the top of my head, I believe I did go out on the 13th.

Q. When you went to Butler Hospital, did you speak with anyone else?

A. I don't recall.

Q. Did you speak with Yolanda at that time?

A. I honestly don't recall. My guess is I spoke to Yolanda at some point during the investigation, because as a matter of protocol, we are required to always interview the person who made the report to the hotline.

Q. You can't confirm whether, on that first day of the investigation, for certain whether you spoke with Crystal? Maybe I misheard you, but --

A. Yeah, I believe I went to Butler Hospital that first day but, again, it was a few years ago, and I can't tell you with absolute certainty.

Q. You're not sure whether you spoke with Yolanda, either?

MR. WOOLLEY: Objection. She said she spoke with -- as a matter of protocol, she spoke