UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICARDO HOPKINS, Individually and
as Parent and Next of Kin
to DIONNE NALLS and ERICA HOPKINS,
Plaintiff

Plaintiff

v.

C.A. No. **04-373L**

THE STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS; DEPARTMENT
OF CHILDREN, YOUTH & FAMILY; JAY G.
LINDGREN, JR., Individually and in his
capacity as Director of DCYF; THOMAS
M. BOHAN, ESQ., Individually and in his
capacity as Executive Director Administration;
THOMAS DWYER, Individually and in his
capacity as Associate Director Child
Welfare Services; KEVIN AUCOIN, Individually
and in his capacity as Chief Legal Services;
SUZAN MORRIS, Individually and in her
capacity as Senior Legal Counsel; PATRICIA
PETRELLA, Individually and in her
capacity as Legal Counsel to DCYF; ELLEN
BALASCO, Individually and in her capacity
as Legal Counsel to CASA; KAREN DEGENOVA,
Individually and in her capacity
as DCYF Investigator,
Defendants.

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS; DEPARTMENT OF CHILDREN, YOUTH & FAMILY; JAY G. LINDGREN, JR., Individually and in his capacity as Director of DCYF; THOMAS M. BOHAN, ESQ., Individually and in his capacity as Executive Director Administration;
THOMAS DWYER, Individually and in his capacity as Associate

Director Child Welfare Services; KEVIN AUCOIN, Individually and in his capacity as Chief Legal Services; SUZAN MORRIS, Individually and in her capacity as Senior Legal Counsel; PATRICIA PETRELLA, Individually and in her capacity as Legal Counsel to DCYF; ELLEN BALASCO, Individually and in her capacity as Legal Counsel to CASA; KAREN DEGENOVA, Individually and in her capacity as DCYF Investigator, against the plaintiff RICARDO HOPKINS, Individually and as Parent and Next of Kin to DIONNE NALLS and ERICA HOPKINS in accordance with the Decision and Order dated 6/21/07 granting the defendants' Motion for Summary Judgment.

Deputy Clerk
June 22, 2007